1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10
11

GREGORY C. BONTEMPS,

12

Plaintiff,                          No. 2:13-cv-0360 AC P

13

vs.

14

C/O CALLISON,

15

Defendant.                          ORDER

16

_____/

17

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18

to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19

required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

20

opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

21

pauperis or to submit the appropriate filing fee.

22

In accordance with the above, IT IS HEREBY ORDERED that:

23

1.  Plaintiff shall submit, within thirty days from the date of this order, an

24

affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

25

of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in

26

the dismissal of this action; and

1

1        2.  The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner.

3  DATED: March 1, 2013.

4

5                  ALLISON CLAIRE

6                  UNITED STATES MAGISTRATE JUDGE

7  AC:009/md
bont0360.3a

8

2