UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O CALLISON,<br><br>　　　　　Defendant. | No.  2:13-cv-0360 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  By Order filed on May 15, 2014, District Judge Mueller denied defendant's motion for reconsideration of her previous order denying defendant's motion to revoke plaintiff's in forma pauperis status.  ECF No. 29.

　　　　Accordingly, IT IS HEREBY ORDERED that defendant shall file and serve a response to the February 22, 2013 complaint within twenty-one days.

DATED: May 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE