UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:13-cv-0360 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| C/O CALLISON, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On May 23, 2014, defendant Callison filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF No. 31.  Plaintiff has not opposed the motion.

    Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On May 29, 2013, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to timely oppose such a motion may be deemed a waiver of opposition to the motion.  ECF No. 10.

    Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the May 29, 2013 order, plaintiff was also advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

1

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed to be consent to: (a) dismissal of this action for lack of prosecution; and (b) dismissal of the case based on plaintiff's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 14, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE